UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DARRIN CRAWFORD, #193496,

    Petitioner,

v.                              CASE NO. 2:18-CV-13159
                              HON. GEORGE CARAM STEEH
PAT WARREN,

    Respondent.
_____/

## ORDER GRANTING PETITIONER'S MOTION TO SUPPLEMENT HIS PETITION AND SETTING NEW DEADLINES

    Michigan prisoner Darrin Crawford ("petitioner") has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter is before the Court on the petitioner's motion to supplement his petition to add six new habeas claims. The respondent has not yet filed an answer to the original petition or the state court record. Those materials are currently due on April 16, 2019. Under the Federal Rules of Civil Procedure, a party may amend a pleading to which a response is required within 21 days after service of the responsive pleading. Fed. R. Civ. P. 15(a)(1).[1] Since a responsive pleading has not yet been filed in this case, the petitioner has the right to

---

[1] Rule 15(a) applies to habeas cases as it applies to other civil cases. See 28 U.S.C. § 2242 (habeas petitions "may be amended or supplemented as provided in the rules of procedure applicable to civil actions").

amend his petition without seeking the Court's permission. Accordingly, the Court **GRANTS** the petitioner's motion to supplement/amend his petition. The petitioner shall file a supplemental brief in support of his habeas claims, if desired, by **May 24, 2019**. The respondent shall file an answer to the habeas petition, as amended, by **July 24, 2019**.[2] The petitioner shall then have until **September 6, 2019** to file a reply to that answer, if desired.

**IT IS SO ORDERED**.

Dated: April 11, 2019

                                   s/George Caram Steeh
                                   GEORGE CARAM STEEH
                                   UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 11, 2019, by electronic and/or ordinary mail and also on Darrin Crawford #193496, Macomb Correctional Facility, 34625 26 Mile Road, New Haven, MI 48048.

s/Barbara Radke
Deputy Clerk

---

[2]This order does not preclude the respondent from filing a dispositive motion, if applicable, as to the amended petition.