UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRIN CRAWFORD, #193496,

    Petitioner,

v.                                         CASE NO. 2:18-CV-13159
                                         HON. GEORGE CARAM STEEH
PAT WARREN,

    Respondent.
_____/

## ORDER DENYING THE MOTION FOR APPOINTMENT OF COUNSEL

Michigan prisoner Darrin Crawford ("petitioner") has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter is before the Court on the petitioner's motion for appointment of counsel. The respondent has filed an answer to the petition, as amended, and the state court record. The petitioner has recently filed a reply to that answer.

The petitioner seeks the appointment of counsel because he is uneducated in the law, he no longer has access to prison legal writers, and he cannot afford counsel. A petitioner has no absolute right to be represented by counsel on federal habeas review. See Abdur-Rahman v. Michigan Dept. of Corrections, 65 F.3d 489, 492 (6th Cir. 1995); see also

-1-

Wright v. West, 505 U.S. 277, 293 (1992) (citing Pennsylvania v. Finley, 481 U.S. 551, 555 (1987)). "'[A]ppointment of counsel in a civil case is . . . a matter within the discretion of the court. It is a privilege and not a right.'" Childs v. Pellegrin, 822 F.2d 1382, 1384 (6th Cir. 1987) (quoting United States v. Madden, 352 F.2d 792, 793 (9th Cir. 1965)). As noted, the petitioner has submitted his amended habeas petition and a reply to the respondent's answer. No further pleadings are required by the parties. Moreover, an initial review of the case indicates that the appointment of counsel is not necessary at this time. Accordingly, the Court **DENIES** the motion for appointment of counsel.

**IT IS SO ORDERED**.

Dated: August 22, 2019

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 22, 2019, by electronic and/or ordinary mail and also on Darrin Crawford #193496, Macomb Correctional Facility, 34625 26 Mile Road, New Haven, MI 48048.

s/Barbara Radke
Deputy Clerk